No. 154. W. F. WYMAN, APPELLANT, *v.* VIRGILE HERARD. Appeal from the Supreme Court of the Territory of Oklahoma. January 22, 1903. Dismissed with costs, pursuant to the 10th rule. *Mr. George Chandler* for the appellant. *Mr. John W. Shartel* for the appellee.

---

No. 243. OLIVER AMES ET AL., TRUSTEES, ET AL., PLAINTIFFS IN ERROR, *v.* BOARD OF STREET COMMISSIONERS OF THE CITY OF BOSTON. In error to the Supreme Judicial Court of the State of Massachusetts. February 24, 1903. Dismissed, per stipulation. *Mr. J. H. Benton, Jr.*, for the plaintiffs in error. *Mr. Thomas M. Babson* for the defendant in error.